IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CRYSTAL WILSON, | : | Case No. 1:20cv112 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| ABILITY RECOVERY SERVICES, LLC, | : | |
| Defendant. | : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:** That Plaintiff's Motion for Entry of Default Judgment against Ability Recovery Services, LLC is granted and a default judgment is entered in favor of Plaintiff and against Ability Recovery Services, Inc. in the amount of $6,000.00, plus costs and reasonable attorney's fees to be determined by the Court on Plaintiff's motion pursuant to Federal Rule of Civil Procedure 54(d).

February 26, 2021.

Richard W. Nagel, Clerk of Court
By: */s/ Kellie A. Fields*
    Deputy Clerk